JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DWIGHT M. MCDOWELL,                    )    Case No. 2:23-cv-03192-DMG-JC
               Petitioner,    )
                      )    JUDGMENT
        v.                    )
DANNY SAMUEL,                          )
               Respondent.    )

     Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action and this action are dismissed without prejudice.

     IT IS SO ADJUDGED.

DATED:  May 4, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE